# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY MEISER, | : |
| Plaintiff | : CIVIL ACTION NO. 3:17-2366 |
| v. | : |
| | : (JUDGE MANNION) |
| STATE FARM FIRE AND CASUALTY COMPANY, | : |
| Defendant | : |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendant State Farm's partial motion to dismiss, **(Doc. 3)**, plaintiff's bad faith claim, Count II of her complaint, is **DENIED**. State Farm is directed to file its answer to plaintiff's complaint within **14 days** of the date of this Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 28, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2366-01-ORDER.wpd